UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John J. Gosselin

       v.                              Civil No. 05-cv-50-PB

Stephen J. Curry, et al

## ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 3, 2006, no objection having been filed.

SO ORDERED.

March 14, 2006                            /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    John J. Gosselin, pro se